**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

J.N.R.M.,                                      :
                                              :
        Petitioner,                      :
                                              :
v.                                            :          Case No. 4:26-cv-234-CDL-ALS
                                              :
Warden, STEWART DETENTION                     :
CENTER, *et al.*,                             :
                                              :
        Respondents.                     :

_____

**ORDER**

On February 12, 2026, the Court received Petitioner's *pro se* application for habeas corpus relief under 28 U.S.C. § 2241 and motion for leave to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 2). Having reviewed the motion, the Court **GRANTS** Petitioner's motion to proceed IFP. (ECF No. 2). Having also initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 13th day of February, 2026.

                    s/ **ALFREDA L. SHEPPARD**
                    UNITED STATES MAGISTRATE JUDGE