**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

JONATHAN NOE RAMIREZ MARQUEZ,

Petitioner,

v.

SEAN IRVIN,

Respondent.

Case No. 4:26-cv-234 CDL ALS

# ORDER

On March 3, 2026, Respondent filed a Response to Petitioner's application for habeas relief. ECF No. 5. The Response requested that the Court deny the Petition. *Id.* at 1, 17. Petitioner did not file a reply. As of September 8, 2026, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed September 17, 2026). Consequently, Respondent is ordered to provide a status report with updated information regarding Petitioner's current location within **fourteen (14) days** of the date of this Order.

**SO ORDERED**, this 17th day of September, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE